GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

**FILED**

2024 JUN 26  PM 3: 16

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR24-03896 TUC-JAS(MSA)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | I N D I C T M E N T |
| Plaintiff, | |
| | Violations: |
| vs. | |
| | 18 U.S.C. § 932(b)(1) and (c)(1)<br>(Straw Purchasing of Firearms)<br>(Count One) |
| Francisca Valdez-Molina, | |
| Defendant. | 18 U.S.C. § 924(a)(1)(A)<br>Making False Statement in Connection<br>With Acquisition of Firearms<br>(Count Two) |
| | 18 U.S.C. §§ 922(d)(5)(A) and 924(a)(8)<br>(Transfer of Firearms to Prohibited<br>Person)<br>(Count Three) |
| | 18 U.S.C. § 924(d);<br>28 U.S.C. § 2461(c);<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about April 17, 2024, in the District of Arizona, FRANCISCA VALDEZ-MOLINA, did knowingly purchase two (2) Pioneer Arms 7.62x39mm rifles, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of D. V-M., knowing or having reasonable cause to believe that D. V-M, an alien, was illegally and unlawfully present in the United States, in violation of Title 18, United States Code, Sections 932(b)(1) and (c)(1).

## COUNT TWO

On or about April 17, 2024, in the District of Arizona, FRANCISCA VALDEZ-MOLINA, in connection with the acquisition of two (2) Pioneer Arms 7.62x39mm rifles, knowingly made a false statement and representation to Ammo AZ, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the business's records, in that the defendant stated in writing that her address was on South Gila Avenue in Tucson, Arizona, whereas in truth and fact, that was not Defendant's current address, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT THREE

On or about April 17, 2024, in the District of Arizona, FRANCISCA VALDEZ-MOLINA knowingly sold or disposed of two (2) Pioneer Arms 7.62x39mm rifles with serial numbers PAC23PL16386 and PAC23PL16422, to D. V-M., knowing or having reasonable cause to believe that D. V-M was then an alien illegally and unlawfully in the United States, in violation of Title 18, United States Code, Section 922(d)(5)(A) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Three of the Indictment, the defendant, FRANCISCA VALDEZ-MOLINA, shall forfeit to the United States any firearms involved in the commission of the offense, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to two (2) Pioneer Arms 7.62x39mm rifles with serial numbers PAC23PL16386 and PAC23PL16422.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with

*United States of America v. Francisca Valdez-Molina*
*Indictment Page 2 of 3*

other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: June 26, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

MATTHEW C. CASSELL
Assistant U.S. Attorney

*United States of America v. Francisca Valdez-Molina*
*Indictment Page 3 of 3*